KYH/AL/AR: USAO#2025R00641

SDC-BALTIMORE
'26 FEB 4 PM 4:03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TERREL TOMLIN,**<br>a/k/a "Rell,"<br>**MICHAEL MCKAY,**<br>a/k/a "M&M,"<br><br>███████<br><br>**KEENAN JACKSON,**<br>a/k/a "Coot," and<br><br>███████<br><br>Defendants. | CRIMINAL NO. JKB-26-51<br><br>(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 846 and 841(b)(1)(C); Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a); Forfeiture, 21 U.S.C. § 853)<br><br>**FILED UNDER SEAL** |

## INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From in or about November 2025, and continuing through on or about January 21, 2026, in the District of Maryland, the Defendants,

**TERREL TOMLIN,**
a/k/a "Rell,"
**MICHAEL MCKAY,**
a/k/a "M&M,"

███████

**KEENAN JACKSON,**
a/k/a "Coot," and

███████

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(C)

## COUNT TWO
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about January 21, 2026, in the District of Maryland, the Defendant,

**MICHAEL MCKAY,**
a/k/a "M&M,"

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of any Defendant's conviction(s) under Counts One or Two of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the Defendants,



**TERREL TOMLIN,**
a/k/a "Rell,"
**MICHAEL MCKAY,**
a/k/a "M&M,"

**KEENAN JACKSON,**
a/k/a "Coot," and

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Property Subject to Forfeiture

3. The property subject to forfeiture includes, but is not limited to a money judgment in the amount of proceeds derived from the offense charged in Count One of this Indictment.

**Substitute Assets**

4. If, as a result of any act or omission of any Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

_Kelly O. Hayes /APC & AR_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

_____
Foreperson

2/4/26
Date